In the Matter of the Application of HAHN BROS. FIREPROOF WAREHOUSES, INC., Petitioner, for an Order against MILO R. MALTBIE and Others, Together Constituting and Composing the Public Service Commission of the State of New York, Respondents.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.

In the Matter of the Application of ELWIN D. AUSTIN, Respondent, for an Order against HARMON BRIDGES, Member and President of the Board of Education and a Trustee of School District No. 1, Town of Long Lake, County of Hamilton, New York (Union Free School District No. 1), and Others, Appellants.— This is an appeal from an order entered in the office of the clerk of Hamilton county by which appellants, as members of the Board of Education of Long Lake School District No. 1, and other school district officials were ordered to recognize as valid a five-year transportation contract with petitioner-respondent for the transportation of pupils in the school district. The proceeding was brought under article 78 of the Civil Practice Act. There is ample evidence to sustain the determination of the court below and the order appealed from should be affirmed. Order unanimously affirmed, with costs. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

HARRISON D. JENNINGS, Respondent, v. BOARD OF EDUCATION OF THE UNION FREE SCHOOL DISTRICT No. 1 OF THE TOWN OF LONG LAKE, HAMILTON COUNTY, N. Y., Appellant.— This is an appeal by the defendant Board of Education from a summary judgment in favor of plaintiff. The action was brought on a contract for the transportation of children in School District No. 1, Town of Long Lake. The determination of the court below and the granting of a summary judgment were proper and should be affirmed. Judgment and order unanimously affirmed, with costs. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.